**FILED**

NOV 1 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL W. OWENS,                        )
                                         )
              Plaintiff,                 )
                                         )
        v.                               )        Civil Action No.  13-1143
                                         )
RENYA Y. KIM, *et al.*,                  )
                                         )
              Defendants.                )

### MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed.  Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined.  28 U.S.C. § 1915(a)(2).  To date he has not submitted the required financial information.  Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: *Nov. 13, 2013*

